DeMaria *v.* Stack, Appellant.

Argued November 15, 1973.   *Harry R. Stack,* appellant, in propria
persona; *Peter C. Baggerman,* with him *Eckert, Seamans, Cherin & Mellott,* for appellee.

Order reversed and case remanded for a jury trial in the court below.

WRIGHT, P. J., dissents.

SPAULDING, J., absent.